Court of Claims denied. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. John G. Ewing* for the United States. No appearance for respondent.

---

No. 929. NORTHERN OHIO TRACTION AND LIGHT COMPANY *v.* ERIE RAILROAD COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. Ellis Moore* for petitioner. *Messrs. Edward A. Foote* and *Benjamin D. Holt* for respondent.

---

No. 931. CHESAPEAKE & OHIO CANAL COMPANY, GEORGE A. COLSTON AND HERBERT R. PRESTON, ETC. *v.* GREAT FALLS POWER COMPANY. March 15, 1926. Petition for writ of certiorari to the Supreme Court of Appeals of the State of Virginia denied. *Mr. James R. Caton* for petitioners. *Mr. John S. Barbour* for respondent.

---

No. 933. ROGER B. WOOD, TRUSTEE OF FEDERAL LINE, INC., *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Roscoe Fertich* and *Jennings C. Wise* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Arthur Cobb* for the United States.

---

No. 934. UNITED STATES EX REL. ABILENE & SOUTHERN RAILWAY COMPANY *v.* INTERSTATE COMMERCE COMMISSION. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Alfred P. Thom, C. C. Carlin, Alfred P. Thom, Jr.,* and *M. Carter Hall* for petitioner. *Mr. P. J. Farrell* for respondent.